# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

G. Neil Garrett, D.D.S., P.C.

                                       Plaintiff,

v.                                                Case No.: 1:15−cv−04488
                                                Honorable John Z. Lee

Futuredontics, Inc., et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 13, 2015:

       MINUTE entry before the Honorable John Z. Lee: Status hearing held on 8/13/15. Pursuant to Plaintiff′s notice of dismissal [27], Plaintiff′s individual claims against Futuredontics, Inc. are dismissed with prejudice and without costs, and Plaintiff′s class claims against Futuredontics, Inc. are dismissed without prejudice and without costs. Plaintiff′s individual and class claims against John Does 1−10 are dismissed without prejudice and without costs. All claims having been voluntarily dismissed; this case is hereby terminated.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.